[No. 54977-4-I.   Division One.   August 1, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. JONATHAN CAPOSELL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-08230-5, Julie Spector, J., entered September 13, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 55161-2-I.   Division One.   August 1, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. R.A.B., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-8-00452-9, LeRoy McCullough, J., entered September 30, 2004. *Reversed* by unpublished per curiam opinion.

[No. 55426-3-I.   Division One.   August 1, 2005.]

MARK JOHNSON, *Appellant*, v. SNOHOMISH COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 02-2-06038-1, Linda C. Krese, J., entered November 9 and 23, 2004. *Reversed* by unpublished per curiam opinion.

[No. 23186-1-III.   Division Three.   August 2, 2005.]

LAWANA F. NYMAN, *Respondent*, v. B&B QUALITY HOMES, L.L.C., ET AL., *Petitioners*.

Appeal from a judgment of the Superior Court for Benton County, No. 03-2-00453-4, Vic L. VanderSchoor, J., entered June 23, 2004. *Reversed* by unpublished opinion per Brown, J., concurred in by Kato, C.J., and Kurtz, J.